**United States District Court**
For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re Zyprexa Products Liability Litigation
                                                                 /

**ORDER STAYING CASES PENDING DETERMINATION BY MDL PANEL**

Numerous actions involving Zyprexa products liability have been filed in this Court. A transfer determination by the Judicial Panel on Multidistrict Litigation is pending as MDL-1596. Until that determination is made, all of the following cases are **STAYED** and, accordingly, any deadlines or pretrial conferences in these cases are **VACATED**:

C05-04830 WHA
C05-04895 WHA
C05-05012 WHA
C05-05013 WHA
C05-05077 WHA
C05-05092 WHA
C06-00036 WHA
C06-00041 WHA
C06-00252 WHA
C06-00565 WHA
C06-00583 WHA
C06-00584 WHA
C06-00598 WHA
C06-00663 WHA
C06-00900 WHA
C06-00958 WHA
C06-00961 WHA
C06-00969 WHA
C06-01024 WHA
C06-01033 WHA
C06-01040 WHA
C06-01043 WHA
C06-01053 WHA

| | |
|---|---|
| 1 | C06-01056 WHA |
| 2 | C06-01077 WHA |
|   | C06-01085 WHA |
| 3 | C06-01093 WHA |
|   | C06-01110 WHA |
| 4 | C06-01116 WHA |
|   | C06-01117 WHA |
| 5 | C06-01123 WHA |
|   | C06-01126 WHA |
| 6 | C06-01128 WHA |
|   | C06-01129 WHA |
| 7 | C06-01131 WHA |
|   | C06-01155 WHA |
| 8 | C06-01242 WHA |
|   | C06-01246 WHA |
| 9 | C06-01263 WHA |
|   | C06-01273 WHA |
| 10 | C06-01284 WHA |
|   | C06-01287 WHA |
| 11 | C06-01339 WHA |
|   | C06-01340 WHA |
| 12 | C06-01406 WHA |
|   | C06-01489 WHA |
| 13 | C06-01532 WHA |

**IT IS SO ORDERED.**

Dated: February 28, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2